# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

FILED
16 MAR 30 AM 11:37
[stamp: U.S. District Court Western District of Kentucky]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Tyrice Chontez Adams
_____
(Full name of the Plaintiff(s) in this action)

1. Shively Police Department
2. Charles L. Cole Jr. (Employee)
3. Carcus Auto Sales (Entity)
4. J. Brown Badge# 7107 SPD
5. Byran A. Wilson Badge# 7033 LMPD
6. Samantha J. Ernst Badge# 7015 LMPD
7. Theron W. Waggins Badge# 7272 LMPD
8. Louisville Metro Police Department
9. Dedra Menggedoht LMPD
_____
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:16-CV-P192-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(Check only one)

**FILED**
VANESSA L. ARMSTRONG, CLERK
MAR 30 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## I. PARTIES

(A) Plaintiff(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Tyrice Chontez Adams

Place of Confinement: H.C.D.C 100 Lawson Blvd. ~~Ste~~ Unit #153

Address: Elizabethtown, Ky 42701

Status of Plaintiff: CONVICTED ( )  PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Charles L. Coke Jr. is employed as Employee at Circus Auto Sales.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant J. Brown Badge # (7107) is employed as Police Officer at Shively Police Department.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant Bryan A. Wilson Badge # (7033) is employed as Police Officer at Louisville Metro Police Department.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant Samantha J. Ernst Badge # (7015) is employed as Police Officer at Louisville Metro Police Department.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(5) Defendant Theron W. Wiggins Badge # (7212) is employed as Police Officer at Louisville Metro Police Department. The defendant is being sued in his/her (X) individual and/or (X) official capacity.

(B) defendant(s). Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(6) Defendant. Shively Police Department is employed as Entity at 1800 Park Rd. Shively, Ky. 40216. The defendant is being sued in his/her (x) individual and/or (x) official capacity.

(7) Defendant. Louisville Metro Police Department is employed as Entity at 633 West Jefferson St. Louisville, Ky 40202. The Defendant is being sued in his/her (x) individual and/or (x) official capcity.

(8) Defendant Dedra Mengedoht is employed as Police Officer at 633 West Jefferson St. Louisville, Ky 40202. The defendant is being sued in his/her (X) individual and/or (X) officicial capacity.

(a)
(b) Defendant Circus Auto Sales _____ is employed
as Entity _____ at 4639 Dixie Hwy Louisville, Ky 40216
The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES ( - ) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1.) Charles L. Coke Jr. gave a "false police report" which gave rise to a commission and "detainment of my person." Plaintiff did not On 2-22-2015 enter Circus Auto with any intentions of test driving any vehicle, returning any vehicle or presenting any information or identification for the purpose of the commission on the above said date and time.

2. Officer J. Brown Badge# 7107 of the Shively Police Department "negligently" submitted this "hearsay report" to the N.C.I.C hit list, failed to view on cite survalence video, raise additional fingerprints from identification card (violating chain of command) and confirmed the authenticity of the report and a Nation wide search for the detainment of my person.

3. Officer: Bryan A. Wilson #7033 reported on 3-20-2015 that Plaintoff was in possession of a stolen vehicle at a traffic stop on Hwy/ W. Market St. Officer stated he can conclude from facial features prior to plaintiff fleeing the traffic stop that it was indeed the plaintoff without substantial evidence supporting the claim. (During the recovery no fingerprints were taken). Nor was there any solid evidence of the suspects identification. All evidence

4

## III. STATEMENT OF CLAIM(S) continued

supported relied on information submitted from the D.C.I.C hit list and booking photographs. Concurring the Uniform Citation and assisting officer: Samantha J. Ernst #7015 also bare witness to this false report.

4. On 3-25-2015 plaintiff was detained for a warrant of my person for Recieving Stolen Property, Fleeing & Evading 1st degree charges by Theron W. Wiggins #7272 of the L.M.P.D at 1515 Gallagher St. Louisville, Ky. 40210. Due to the execution of the arrest my IV and XIV Amendments were indeed violated constituting injuries, mental stress and punitive damages on the behalf of the Plaintiff.

5. Therefore, the entities of Circus Auto Sales, Shively Police Department and Louisville Metro Police Department by law as in fact sought the deprivation of my rights and person. Each claim violated the Corpus Delicti in which a Municipal Liability resulted in each claim.

Violations of my constitutional & Civil rights were indeed violated along with Due process rights, negligence, mental stress, illegal detention/imprisonment and systematic/punitive injuries.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $50,000,000.00 Fifty Million Dollars

__X__ grant injunctive relief by release from illegal detention/unlawful imprisonment

__X__ award punitive damages in the amount of $50,000,000.00 Fifty Million Dollars

__X__ other: restoration of all civil & constitutional rights, immunization of sans ear/fraternal Order retaliation.

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 27 day of March, 2016

_Jyrico C. Adams_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 3-27-16 11:50 AM.

_Jyrico C. Adams_
(Signature)

6